UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLA THANI FARIS AL-ANAZI, et al.,<br><br>  Petitioners,<br><br>   v.<br><br>GEORGE W. BUSH, et al.,<br><br>  Respondents. | Civil Action No.  05-0345 (JDB) |

## ORDER

Upon consideration of petitioners' motion for a preliminary injunction and respondents' motion to stay, the memoranda of the parties, and the entire record herein, and for the reasons explained in the Memorandum Opinion issued on this date, it is this <u>21st</u> day of April, 2005, hereby

  **ORDERED** that petitioners' motion for a preliminary injunction is **DENIED**; it is further

  **ORDERED** that petitioners' motion for an order to show cause is **GRANTED**; it is further

  **ORDERED** that respondents' motion to stay the case is **GRANTED**, and respondents' obligation to show cause why the petition should not be granted is stayed; it is further

  **ORDERED** that the case shall be stayed pending resolution of the appeals in <u>In re Guantanamo Detainee Cases</u>, 335 F. Supp. 2d 443 (D.D.C. 2005), and <u>Khalid v. Bush</u>, 355 F. Supp. 2d 311 (D.D.C. 2005).  This stay shall not, however, prevent the parties from availing themselves of the procedures set forth in the Orders entered below, nor shall it bar the filing or

disposition of any motion for emergency relief; it is further

**ORDERED** that the Court enters by way of reference the protective order and supplementary orders previously entered in <u>In re Guantanamo Detainee Cases</u>, No. 02-CV-0299, <u>et al.</u>, by Judge Joyce Hens Green. These include the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004; the Order Addressing Designation Procedures for "Protected Information," entered on November 10, 2004; and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued on December 13, 2004; and it is further

**ORDERED** that respondents shall provide factual returns to the Court and to petitioners' counsel within one hundred twenty (120) days of the date of this Order.

          /s/ John D. Bates
          JOHN D. BATES
          United States District Judge

Copies to:

David A. Hickerson
WEIL, GOTSHAL & MANGES, L.L.P.
1501 K Street, NW
Washington, DC 20005
(202) 682-7000
Fax: 202-857-0939
Email: david.hickerson@weil.com
    *Counsel for Petitioners*

Terry Marcus Henry
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW Rm. 7144
Washington, DC 20044
(202) 514-4107
Fax: (202) 616-8470
Email: terry.henry@usdoj.gov
    *Counsel for Respondents*